# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARMINE TARZIA, KATHLEEN TARZIA,**

    **Plaintiffs,**

**-vs-**                                    Case No. **6:11-cv-1651-Orl-28TBS**

**AMERICAN SECURITY INSURANCE COMPANY,**

    **Defendant.**

_____

# ORDER

This case is before the Court on "Plaintiff's (sic) Renewed Motion To Drop Kathleen Tarzia As A Party To The Litigation Pursuant To This Court's Order Dated July 17, 2012" (Doc. No. 32) filed September 18, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 19, 2012 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's (sic) Renewed Motion to Drop Kathleen Tarzia as a Party to the Litigation Pursuant to this Court's Order dated July 17, 2012 (Doc. No. 32) is **GRANTED**.

3. Kathleen Tarzia is hereby **DROPPED,** and the Clerk of the Court is directed to terminate her, as a party to this action.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of October, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record